PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, State Bar No. 213796
jeicher@lbaclaw.com
JONATHAN C. MAGNO, State Bar No. 306295
jmagno@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

JS-6

Attorneys for Defendants
County of Ventura and Deputy Jarrod Foote (erroneously served as Detective J. Foote)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FONTES, LUCIA FONTES, SHARON FONTES, M. FONTES, by and through her guardian ad litem Anthony Fontes, H. FONTES, by and through her guardian ad litem Anthony Fontes, all individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF VENTURA, a governmental entity, Detective J. FOOTE, an individual, and DOES 1 - 20, <br><br> Defendants. | Case No. CV 15-04021 FMO (JEMx) <br><br> Honorable Fernando M. Olguin <br><br> **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> [FED. R. CIV. P 41(a)(1)(A)(ii)] <br><br> *[Stipulation filed concurrently herewith]* |

//
//
//
//
//
//

1

1  Pursuant to the stipulation by and between Plaintiffs Anthony Fontes, in pro
2  se, Lucia Fontes, in pro se, Sharon Fontes, in pro se, and Defendants County of
3  Ventura and Deputy Jarrod Foote (erroneously served as Detective J. Foote),
4  through these defendants attorneys of record, IT IS HEREBY ORDERED that the
5  above-captioned action be and hereby is dismissed, with prejudice, in its entirety,
6  with all parties to bear their own costs and attorney's fees, pursuant to Federal
7  Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).
8  IT IS SO ORDERED.

Dated: September 28, 2016                  _____/s/_____
                                           Honorable Fernando M. Olguin
                                           United States Judge